```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MUHARREM BALKANLI and ENGIN GULER,       :
                                          :
                    Plaintiffs,           :
                                          :         20-CV-8305 (VEC)
            -against-                     :
                                          :         ORDER
ERNEST A. OLIVER JR., THOMAS WILSON,      :
and SUBWAY REAL ESTATE LLC,               :
                                          :
                    Defendants.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 23, 2020, this Court ordered Plaintiffs, within 30 days of the date of the Order, to either pay the $400 in fees required to proceed with a civil action or to submit applications to proceed *in forma pauperis* ("IFP"), Dkt. 2;

WHEREAS the Court warned Plaintiffs that if they failed to comply with the Order, their claims would be dismissed; and

WHEREAS as of the date of this Order, neither Plaintiff has paid the relevant filing fees or filed an IFP application;

IT IS HEREBY ORDERED that Plaintiffs' claims are dismissed pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully requested to terminate all open motions and to close this case.

**SO ORDERED.**

Date:  **December 15, 2020**               *[signature]*
       **New York, New York**              **VALERIE CAPRONI**
                                            **United States District Judge**